FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 NOV 6 AM 11 31

STEPHAN HARRIS, CLERK
CHEYENNE

CHRISTOPHER A. CROFTS
United Stated Attorney
MARK A. KLAASSEN
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003
Telephone: 307-772-2124
Facsimile: 307-772-2907

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. PLAKE,<br><br>Defendant,<br><br>PUTNAM FIDUCIARY TRUST CO.,<br><br>Garnishee. | Criminal Action No. 12-CR-81-1F/<br>13-CR-20-1F |

**MOTION FOR ENTRY OF FINAL ORDER IN GARNISHMENT**

Plaintiff, the United States of America, by counsel, Christopher A. Crofts, United States Attorney for the District of Wyoming, and Mark A. Klaassen, Assistant United States Attorney, respectfully moves for entry of a Final Order in Garnishment in this matter pursuant to 28 U.S.C. § 3205(c)(7). In support of this motion, Plaintiff states:

1.    An Application for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued and served upon the Garnishee.

2.    Pursuant to the Writ of Garnishment, Garnishee filed an Answer stating that at the time of the service of the writ it had in its possession or under its control personal property belonging to and due Defendant in the form of earnings or other property.

3.    The defendant was served with a copy the Writ of Garnishment and notified of his right to a hearing and to object to the Answer of Garnishee. Defendant has not requested a hearing to determine exempt property or to object to the Answer.

Under these circumstances, all conditions to the issuance of a final order in garnishment against the property, including nonexempt earnings of Defendant, are fully satisfied and the entry of the final order in garnishment is appropriate.

                      Respectfully submitted,

                      CHRISTOPHER A. CROFTS
                      United States Attorney

By:   */s/ Mark Klaassen*
       MARK A. KLAASSEN
       Assistant United States Attorney

Financial Litigation Unit
P.O. Box 668
Cheyenne, WY 82003-0668

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing MOTION FOR ENTRY OF FINAL ORDER IN GARNISHMENT upon the parties by mailing a copy thereof to the following on this 6th day of November, 2013.

KATHY W. ECKHARDT

FLU Specialist
Financial Litigation Unit
P.O. Box 668
Cheyenne, WY 82003-0668