CHRISTOPHER A. CROFTS
United Stated Attorney
MARK A. KLAASSEN (WY Bar #6-4511)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003
Telephone: 307-772-2124
Facsimile: 307-772-2907
mark.klaassen@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 FEB 17 PM 2 45

STEPHAN HARRIS, CLERK
CHEYENNE

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. PLAKE,<br><br>Defendant,<br><br>RELIASTAR LIFE INSURANCE COMPANY,<br><br>Garnishee. | Criminal Action No. 12-CR-81-1F/13-CR-20-1F |

## MOTION TO QUASH WRIT OF GARNISHMENT

Plaintiff, United States of America, through Assistant United States Attorney Mark A. Klaassen, pursuant to 28 U.S.C. § 3205(c)(10)(A), respectfully requests the Court quash the writ of continuing garnishment against Garnishee Reliastar Life Insurance Company and Defendant Michael J. Plake.

The Garnishee has forwarded all funds available, therefore, this writ of continuing garnishment is no longer necessary.

DATED this 17th of February, 2015.

                    CHRISTOPHER A. CROFTS
                    United States Attorney

By: _/s/ Mark Klaassen_
                    MARK A. KLAASSEN
                    Assistant United States Attorney

2