UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify the foregoing is a
true copy of the original on the file in
this court and cause.
ROBERT N. TRGOVICH, CLERK
By: _____
DEPUTY CLERK
Date: 2-4-2016

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 12CR-00081-01F |
| DOCKET NUMBER (Rec. Court) | 2:12-CR-16 |

U.S. DISTRICT COURT
DISTRICT OF WYOMING
FEB 08 2016  2:00 pm
Stephan Harris, Clerk
Cheyenne

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| MICHAEL J. PLAKE | Wyoming | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Nancy D. Freudenthal |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 08/24/2015 | TO 08/23/2018 |

**OFFENSE**

Count 1: Conspiracy to Commit Mail and Wire Fraud [18 U.S.C. § 1349] – Class C Felony
Count 2: Conspiracy to Commit Money Laundering [18 U.S.C. § 1956(h)] - Class C Felony

-FILED-
JAN 29 2016
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Wyoming

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Indiana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/27/2016
Date

_Nancy D Freudenthal_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Indiana

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/03/2016
Effective Date

S/Rudy Lozano
United States District Judge

