## VOLUNTARY WAGE DEDUCTION AGREEMENT

I, Michael J. Plake , SSN \*\*\*-\*\*-2689 , do hereby assign to the United States Department of Justice c/o Clerk, U. S. District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, Wyoming 82001, the following monthly payments from my wages as set forth below, and hereby authorize my employer,

Northside Music Company, 1008 South Street, Lafayette, Indiana 47901

to deduct from my pay, the amount of $ 500.00 per month, with said payments to begin on December 15, 2016 and transmit said payments directly to:

**Payable to:**   Clerk, U. S. District Court

**Mail to:**   Clerk, U. S. District Court
2120 Capitol Avenue, Room 2131
Cheyenne, WY 82001

Said wage assignment, to the benefit of the United States, is to satisfy a judgment rendered in the United States District Court for the District of Wyoming, bearing Case Number 12-CR-81-1F/13-CR-20-1F and USAO Number 2013A49745 in the original amount of $ 1,693,704.77 with interest at 0 % per annum. Balance as of November 14, 2016 is $1,633,453.25.

**This assignment may be revoked only with the written consent of the United States Attorney or his/her designee.**

I do hereby acknowledge that I have read the foregoing, understand the contents thereof, and sign this document as a free and voluntary act.

_____
Signature of Employee

Michael J. Plake
Printed or Typed Name of Employee

SUBSCRIBED AND SWORN TO before me this 17 day of November 2016.

NOTARY PUBLIC

Acknowledged and Received by:

Karen Mills - Payroll Department
Employer
By: _____ Date: 11/17/16

JULIE A KEELING
Notary Public - Seal
State of Indiana
Fountain County
My Commission Expires Jul 18, 2023

:13-cr-00020-NDF   Document 39   Filed 12/02/16   Pag

UNITED STATES COURTS
5400 FEDERAL PLAZA SUITE 1000
HAMMOND, INDIANA 46320-1844

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Clerk, U. S. District Court
2120 Capitol Avenue
Room 2131
Cheyenne, WY 82001

